# Third District Court of Appeal

## State of Florida

Opinion filed January 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1875
Lower Tribunal No. 19-5346

_____

**Susan Braun,**
Appellant,

vs.

**Tracey Sager, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Yvonne Colodny, Judge.

Susan Braun, in proper person.

Shevlin & Atkins, and Barry T. Shevlin and Scott E. Hayden, for appellee Jeff Braun; Gutter Chaves Josepher Rubin Forman Fleisher Miller P.A., and Sean M. Lebowitz (Boca Raton), for appellee Tracey Sager.

Before LOGUE, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.